IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KANO LABORATORIES, INC. | ) |
| | ) |
| v. | ) NO. 3-12-1209 |
| | ) JUDGE CAMPBELL |
| CLENAIR MANUFACTURING, INC. | ) |

ORDER

Pending before the Court is Defendant's Motion to Dismiss Plaintiff's Verified Complaint for Injunctive Relief and Damages (Docket No. 11). Since the filing of this Motion, Plaintiff has filed an Amended Complaint (Docket No. 19). Therefore, Defendant's Motion to Dismiss (Docket No. 11) is DENIED without prejudice as moot, since it addresses a Complaint which is no longer operative in this case.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE