IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KANO LABORATORIES, INC. | ) |
| | ) |
| v. | ) NO. 3-12-1209 |
| | ) JUDGE CAMPBELL |
| CLENAIR MANUFACTURING, INC. | ) |

ORDER

Pending before the Court is Defendant's Motion to Dismiss Plaintiff's Amended Complaint for Injunctive Relief and Damages (Docket No. 22). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED in part and DENIED in part. Plaintiff's claims under the Tennessee Trademark Act for unregistered marks, names or dress are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE