IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KANO LABORATORIES, INC. | ) |
| | ) |
| v. | ) NO. 3-12-1209 |
| | ) JUDGE CAMPBELL |
| CLENAIR MANUFACTURING, INC. | ) |

ORDER

Pending before the Court is Defendant's Motion for Partial Judgment on the Pleadings (Docket No. 32). For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE